

## The Santiago Law Firm, P.C.
www.SantiagoLawFirm.com

_____

**VIA ECF**
October 23, 2014

Magistrate Judge Steven M. Gold
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Zapata et al. v. Children's Planet, Inc. et al
              Case No.: 14-CV-04114(FB)(SMG)

Dear Magistrate Judge Gold:

      This firm is counsel to Defendants in the above-referenced matter. Firstly, I would like to apologize for mistakenly addressing our previously filed motion for an extension of time and to transfer/change venue to Magistrate Judge Go instead of Your Honor.  Please excuse my mistake. Pursuant to Your Honor's Individual Rules of Practice, we write to respectfully request an adjournment of our initial conference, currently scheduled for Monday, October 27, 2014, at 10:00 a.m.

      On October 22, 2014, we filed a motion for an extension of time to file an answer or otherwise move, as well as a motion to transfer the case to EDNY-Central Islip.  In light of that motion, which was submitted on consent, we submit this motion.  The parties have conferred regarding this adjournment and Plaintiffs' counsel consents to the adjournment.  This is our first request for an adjournment.   Being that we are requesting the matter be transferred to EDNY-Central Islip, we will defer the Court's discretion for choosing the adjournment date.

      Thank you for the Court's consideration of this request.

Respectfully submitted,

**THE SANTIAGO LAW FIRM, P.C.**

*Jose G. Santiago*

By: Jose G. Santiago, Esq.

cc: All Parties via ECF

---

**SUFFOLK: 201 Moreland Rd. Ste. 10, Hauppauge, NY 11788**    T: 631.240.4355  F: 631.406.4911
**NASSAU: 3 School St., Ste. 303, Glen Cove, NY 11542**    T: 516.231.1360  F: 631.406.4911